LEON MARKS, Respondent, v. JOHN E. COWDIN and EDWIN N. HERZOG, Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 30th day of November, 1914, granting the plaintiff's motion for a bill of particulars.

PER CURIAM: The order appealed from will be modified as follows: Paragraphs 2 and 3 by eliminating the provision as to giving dates and places; paragraph 4 by striking it out; paragraphs 5 and 6 by striking out all the requirements except the names of the persons referred to in the *fifth* paragraph of the answer. As so modified the order will be affirmed, without costs to either party, defendants to have the right to serve a further bill containing the names of other customers and employees at any time before the cause appears on the day calendar. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion and as so modified affirmed, without costs, with leave to defendants to serve a further bill of particulars as indicated in opinion. Order to be settled on notice.